UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-522-1 |
| | § | |
| EJALTE DE LEON | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

United States District Judge Nelva Gonzales Ramos referred this case to the undersigned United States Magistrate Judge for the purpose of conducting a guilty plea proceeding pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Prior to the plea proceeding, counsel for defendant EJALTE DE LEON orally moved for a continuance to conduct additional legal research and investigation into the defendant's criminal history and into another federal criminal case in which the defendant has been charged. Defense counsel requested additional time to investigate to determine the effect of the federal cases on each other. The government was unopposed to the motion for continuance. After the undersigned magistrate judge explained to the defendant his right to a speedy trial, the defendant also asked the Court to continue his pretrial conference and trial.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of defendant and finds that this motion should be **GRANTED**.

Taking into account counsel's exercise of due diligence, failure to grant the motion would deny counsel for defendant reasonable time necessary for effective

preparation. Accordingly, the Court **GRANTS** the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference before U.S. Magistrate Judge Jason Libby on **November 1, 2017 at 9:00 a.m.** and Trial is set before U.S. District Judge Nelva Gonzales Ramos on **November 6, 2017 at 9:00 a.m.**

ORDERED this 2nd day of October, 2017.

_____
Jason B. Libby
United States Magistrate Judge